# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

### JUDGMENT IN A CIVIL CASE

JAMES G WILSON,

    Movant,

v.                                            Case No. 23-05027-CV-SRB-P

UNITED STATES OF AMERICA,

    Respondent.

- ☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**: Movant's pro se motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED, a certificate of appealability is DENIED, and this case is DISMISSED.

Entered on: <u>September 25, 2023</u>.

                                                   PAIGE WYMORE-WYNN
                                                   CLERK OF COURT

                                                   /s/ K. Willis
                                                   (By) Deputy Clerk